GEORGE F. DE ROE, RESPONDENT, v. ROSWELL B. SMITH, AS PRESIDENT OF ROCHESTER TOWING COMPANY, JOHN BIRD AND ROSWELL B. SMITH, APPELLANTS.

*Usury — joint stock associations — when precluded from setting up, as a defense.*

THIS action was brought on a promissory note, made by the Rochester Towing Company, a joint stock association, organized under the laws of this State, and indorsed by the other defendants. On the trial, the defendants offered to prove facts, showing that the note was usurious. The evidence was excluded under chapter

[*] Knapp v. Smith, 27 N. Y., 277; Latimer v. Wheeler, 1 Keyes, 468.

172 of the Laws of 1850, which provides that joint stock associations, having any of the powers or privileges of corporations, not possessed by individuals or partnerships, are prohibited from interposing the defense of usury in any action. The court were of opinion that this company had such powers and privileges; [*] that the individual defendants, being mere accommodation indorsers, could not avail themselves of the defense of usury. [†]

*Lewis H. Babcock*, for the appellants.

*C. D. Adams*, for the respondent.

Opinion by GILBERT, J.

Judgment affirmed.